[No. 55232-5-I.   Division One.   September 12, 2005.]

RATILAL M. SHAH ET AL., *Appellants*, v. ALLSTATE INSURANCE COMPANY, *Defendant*, JERRY LJUNGGREN FINANCIAL SERVICES, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-41207-4, Bruce W. Hilyer, J., entered October 15, 2004. *Reversed* by unpublished opinion per Appelwick, A.C.J., concurred in by Coleman and Schindler, JJ. Now published at 130 Wn. App. 74.

[No. 30355-8-II.   Division Two.   September 13, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. TOBY A. ERHART, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 02-1-00182-3, Toni A. Sheldon, J., entered May 13, 2003. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Houghton and Hunt, JJ.

[No. 31288-3-II.   Division Two.   September 13, 2005.]

*In the Matter of the Parentage of* S.J.

TIKI M. WALLACE, *Appellant*, v. BYRON JONATHAN JENNINGS, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 01-5-00140-1, Stephen M. Warning, J., entered December 31, 2003. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Hunt and Van Deren, JJ.